**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Nelson GUTAMA–CRIOLLO, Defendant—Appellant.**

No. 10–30358.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Lisca Borichewski, Assistant U.S., Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Thomas Michael Kummerow, Washington Appellate Project, Seattle, WA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Nelson Gutama–Criollo appeals from the 63–month sentence imposed following his guilty-plea conviction for conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Gutama–Criollo contends that the district court erred in applying a two-level role enhancement, pursuant to U.S.S.G. § 3B1.1(c). The valid and enforceable appeal waiver precludes our review of this contention. *See United States v. Watson,* 582 F.3d 974, 987–88 (9th Cir.2009) (appellate waiver remains enforceable where the district court's comments regarding right to appeal are qualified).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.